IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VASEGA VASEGA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security Administration,<br><br>　　　　Defendant. | CIVIL NO. 23-00316 JAO-KJM<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS (ECF NO. 21) |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATIONS (ECF No. 21)

Findings and Recommendation having been filed and served on all parties on June 16, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations to Grant Amended Petition for 406(b) Fees, ECF No. 21, are adopted as the opinion and order this court.

The Court thus GRANTS the Amended Petition and awards Plaintiff's counsel $10,581.25 in attorneys' fees in accordance with 42 U.S.C. § 406(b).

The Court also DIRECTS Plaintiff's counsel to refund Plaintiff the $881 in fees previously awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon receipt of the § 406(b) fees.

IT IS SO ORDERED.

DATED: July 1, 2025, Honolulu, Hawaiʻi



Jill A. Otake
United States District Judge